IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACKLYN ROSE CATALDO,

    Plaintiff,

v.                                                                                                  No. 1:25-cv-00287-SMD-KK

MONARCH PROPERTIES, INC,
VANESSA PINTO,
LIDIA ASTORGA and
DOES I – XXV,

    Defendants.

## ORDER TO SHOW CAUSE

    Attorney Justin Homes, who appeared in this case on behalf of Defendant Monarch Properties, was admitted to the Federal Bar on January 29, 2016. *See* Entry of Appearance, Doc. 26, filed June 27, 2025. "Following admission, a member of the Federal Bar must pay dues to the Clerk on or before January 31 in every odd numbered year." D.N.M.LR-Civ. 83.2(h). Mr. Homes owes dues for the years 2017, 2019 and 2025. The Clerk's Office notified Mr. Homes' office that Mr. Homes was delinquent with his bar dues on July 1, 2025, and September 9, 2025. Mr. Homes has not paid his delinquent bar dues.

    Mr. Homes' filing of his Entry of Appearance, a Corporate Disclosure Statement and a Stipulation of Dismissal is not consistent with the District of New Mexico's Local Rules of Civil Procedure. *See* Doc's 26-28, filed June 27, 2025. "An attorney who fails to pay dues on time will be put on delinquent status and will not be allowed to practice in this District." D.N.M.LR-Civ. 83.2(i) (stating "The attorney will be reinstated upon payment of the delinquent dues"). The Court "may choose to strike a filing that is not allowed by local rule." *Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020).

**IT IS ORDERED** that Justin Homes shall, within 14 days of entry of this Order, either:

(i) show cause why the Court should not (a) strike the documents he has filed and (b) suspend Mr. Homes for failing to comply with the District's Local Rules regarding payment of dues and practicing while on delinquent status; or

(ii) pay the delinquent Federal Bar dues.

Failure to timely show cause or pay the delinquent dues may result in the Court striking the documents Mr. Homes has filed and suspending Mr. Homes from the practice of law in this Court.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**